B1 (Official Form 1) (4/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **District of Colorado** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Progear Holdings Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Yes! Golf** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **76-0538705** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7700 Cherry Creek South Drive**<br>**Suite 100**<br>**Denver, CO**                    ZIPCODE **80231** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Denver** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**7700 Cherry Creek South Drive, Suite 100, Denver, CO**                    ZIPCODE **80231** |
|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/10)                                                                                                   Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Progear Holdings Inc.** |
|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)  (4/10)                                                                                                          Page 3

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Progear Holdings Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Debtor <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| **X** */s/ Stuart J. Carr* <br> Signature of Attorney for Debtor(s) <br><br> **Stuart J. Carr 19708** <br> **Stuart J. Carr** <br> **2851 S. Parker Road, Suite 720** <br> **Aurora, CO  80014** <br> **(303) 369-1915  Fax: (303) 750-5544** <br> **stuartjcarr@hotmail.com** <br><br><br> **November 18, 2010** <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any,  of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> _____ <br> Date <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** */s/ Francis M. Ricci* <br> Signature of Authorized Individual <br><br> **Francis M. Ricci** <br> Printed Name of Authorized Individual <br><br> **President & Director** <br> Title of Authorized Individual <br><br> **November 18, 2010** <br> Date | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

Progear Holdings Inc. _____          Chapter **7** _____
                        Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **November 18, 2010** _____     Signature: **/s/ Francis M. Ricci** _____
                                                      **Francis M. Ricci, President & Director**                    Debtor


Date: _____     Signature: _____
                                                                                                   Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

7700 LLC
Attn: Linda Herrman
4993 Sedona Circle
Parker, CO  80134


Acme Club Company Ltd
Guang Shen Road
Nan An Mei Ji Industry District
Guangzhou, Guangdong,     511341


Action Computers
2890 S. Colorado Blvd., #F
Denver, CO  80222


Alben C. Bergstrom Jr.
2808 Suroya
Muskogee, OK  74403


Alec Pettigrew, Yes Golf AsiaPacific LTD
Hogan Lovells US, LLP Attn Chris Murray
1200 Seventeenth St., Suite 1500
Denver, CO  80202


Align Engineering
Birkdale
Southport, Merseyside,     PR8 2LS


Alpha Graphics
1050 17th Street, Suite 199
Denver, CO  80265


Alpine Waste & Recycling
7475 E. 84th Ave.
Commerce City, CO  80022

American Express
P.O. Box 650448
Dallas, TX  75265-0448


Anne Black
14131 Swallowfield Drive
Houston, TX  77077-1423


Approach Golf, Attn: Aad Van Os, Owner
Heinstratt 13
5953 KL
CM Ruever,      Netherland


Barry Skinner
Durants Business Centre, Suite A, 1st Fl
Christchurch
Barbados, West Indies,


Bernie Boudreau
2 Turn Mill Drive
Halifax, NS  B3M 4H2


Betsy Hegg
101 S. Arlington Ridge Rd., Apt 1210
Arlington, VA  22022


Beyond The Cup D/B/A Yes Golf SA
9 Harrier Circle
Imhoffs Gift, Kommetji, 7976
Capetown,      S. Africa


Bob Belliveau
P.O. Box 730
1601 Lower Water St.
Halifax, NS  B3J 2V1

Brenda Johnson
C/O Hubert Wen
P.O. Box 571595
Houston, TX  77257


Brent E. Flechsig
11307 Green Willow
Houston, TX  77035


Calhoun W. Cox
5980 S. Ogden Court
Centennial, CO  80121


Calvin L. Myra
6 Irvin Cross Place
Dartmouth, NS  B2W 3Y9


Carl E. Pollex
8200 Blankenship
Houston, TX  77055-1022


Caroline M. Leverette
1130 Grand River Drive
Richmond, TX  77469-1223


Charlene K. Ricci
4353 E. Orchard Lane
Centennial, CO  80121


Charles A. Williams IRA
Smith Barney
10303 East Dry Creek Rd., Suite 400
Englewood, CO  80112

```
Chase Cardmember Services
P.O. Box 94014
Palatine, IL  60094-4014



CitiBusiness
P.O. Box 44180
Jacksonville, FL  32231



Colorado Department Of Revenue
1375 Sherman Street
Denver, CO  80261-0005



Colorado State Bank And Trust
1600 Broadway
Denver, CO  80202



Craig R. & Nichola Johnson
C/O JMP Securities LLC
600 Montgomery St., Suite 100
San Francisco, CA  94111



Daniel R. Dieska
220 Haines Avenue
New Lenox, IL  60451



Darrell Survey Company
11681 Bellagio Road
Los Angeles, CA  90049



David A. Jernigan, Jr.
4023 N. Witchduck Road
Virginia Beach, VA  23455
```

David A. Williams
102 Conejo Place
Durango, CO  81301


David P. Zander
8608 Willow Wind Drive
Fair Oaks Ranch, TX  78015


David Redden
67 Atlantic Street
Woodside Park
Dartmouth, NS  B2Y 4P4


DDK LLC
1445 Holland St.
Lakewood, CO  80215


Dean Evans
2321 Limerick Court
Deer Park, TX  77536


Denis Connor
943 Ritchie Drive
Halifax, NS  B3H 3P4


Dennis J. Lee
8622 Granite Gorge Drive
Spring, TX  77379


Dennis Simmons
2828 Hood Street, #1706
Dallas, TX  75219

```
Denver Manager Of Revenue
Treasury Div., Wellington Webb Bldg
201 W. Colfax Ave., Dept. 1009
Denver, CO  80202


Deson Golf Sport Co., Ltd.
Bi Jiang Industry Zone, Beijiao Town,
Shunde District
Foshan City, Guangdon,


Don Hunt
4603 Cypresswood Dr., #H17
Spring, TX  77379


Donald Macleod
1 Canal Street
Dartmouth, NS  B2Y 2W1


Donald Van Alstine
306 Phoenix Village Road
Muskogee, OK  74403-6207


Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN  55480-1680


Doyle R. Harvey
3903 Orlando Cts
Dallas, TX  75211


Dr. P. Michael McCart, M.D.
75-315 Morning Star Drive
Indian Wells, CA  92210
```

Duke & Vicki McBee
101 Fine Street
Excelsior Springs, MO   64024


E.C. Bean
3100 S. Gessner #225
Houston, TX   77063


Earnest V. Hambrick
127 S. Lobit
La Porte, TX   77571-5717


eClick Performance
210 E. Pearson St., #4B
Chicago, IL   60611


Edoardo Molinari
22 King St.
London, England,      SW1Y6QY


Edwin Watts Golf Shops
FBO 401(K) Plan C/O Kerry Kabase
20 Hill Avenue
Ft. Walton Beach, FL   32548


Eldorado Artesian Springs
P.O. Box 445
Eldorado Springs, CO   80217-2526


Environmental Control
South Denver 270
12741 E. Caley Ave., Unit 146
Centennial, CO   80111

```
Estate Of Bertha Huffmeyer
Madeline Morgan
4991 Road 58
Torrington, WY  44240


Estate Of John A. Scrymgeour
W. Hollis Cox Hallet & Wikenson
Milner House 18 Parliament St.
Hamilton, Bermuda,      HMFX


FedEx
P.O. Box 94515
Palatine, IL  60094-4515


First Line Systems
3041 S. Franklin St.
Englewood, CO  80113


Florence B. Floyd
4415 Barkoskie Road
Jacksonville, FL  32258


Floyd & Katherine Harvey
2205 Killarney
Deer Park, TX  77536


Francis M. Ricci
4363 E. Orchard Lane
Centennial, CO  80121


Frank Forbes
OBM Miami Inc.
2555 Collins Ave., Apt P103
Miami, FL  33140
```

```
Fred Smithers
C/O Secunda Marine Services Ltd.
1 Canal Street
Dartmouth, NS  B2Y 2K8


Gary Alan Weidman
3628 Winifred Drive
Ft. Worth, TX  76133


Genevieve G. Studwell Trust
424 Asbury Street
Houston, TX  77007-7124


George H. Fancher
116 Captains Row
Horseshoe Bay, TX  78657


George R. Miner
4403 Breakwood Dr.
Houston, TX  77096-3504


Grainger
5959 W. Howard St.
Niles, IL  60714-4014


Grainger
Dept. 874880669
Kansas City, MO  64141


GS1 US
7887 Washington Village Drive, Suite 300
Dayton, OH  45459
```

Harold  Swash
8 Hastings Road Birkdale
Southport
Merseyside, UK,      PR 8 2LS


Hornung's Golf Products
Attn: Robert Hornung, Jr.
P.O. Box 1078
Fond Du Lac, WI  54936-1078


Hubert Wen
Johnathon Wen Irrevocable Trust
P.O. Box 57195
Houston, TX  77257


Integra Telecom
P.O. Box 3034
Portland, OR  97208


Iona Resources Holdings Limited
1 Canal Street
Dartmouth, NS  B2Y 2W1


Irin M. Paris
566 Flambeau Retreat
Mt. Pleasant, SC  29464


Jackie Beck Public Relations
12 Fordham Trail
Old Saybrook, CT  06475


James B. Kendrick
8848 Cedar Spur Lane
Houston, TX  77055

James G. & Lise Z. Price
3115 S. Braeswood
Houston, TX  77025


James G. Chancellor
P.O. Box 22
Alief, TX  77411


James H. Spence
P.O. Box 540385
Houston, TX  77254


James M. & Kathleen Fleming
3700 Alexander Ave.
Littleton, CO  80121


James R. Landers
814 James Ave.
Deer Park, TX  77536


James R. Schmidt
3901 South Gilpin St.
Cherry Hills Village, CO  80113


Jay Abass
P.O. Box 2542
Station M
Halifax, NS


JC Golf Accessories
3602 S. Jason St.
Englewood, CO  80110

Jeffrey S. Brown
506 Anchorage Lane
Houston, TX  77079-2547


Jerry Mantooth
5403 Red Oak Lane
Spring, TX  77379


Jimmy W. & Mattie B. Cox
Trustees Of The Cox Family Trust
2530 Highway 44
Columbia, MS  39429-9608


John & Darleen Abbott
107 Amerson Drive
San Antonio, TX  78213


John D. & Kathrine F. Miner
4146 Amherst
Houston, TX  77005-2702


John H. Moore
919 Race Street
Denver, CO  80206


John Hughes
33 Newcastle St.
Dartmouth, NS  B2Y 2M6


John Patterson
Jonathan Wen Irrevocable Trust
860 Panama Court #206
Marco Island, FL  34145

John R. & Ann McCaig
P.O. Box 3500
2100-800 5th Ave. SW
Calgary, AB  T2P 2P9


Johnathon Wen Irrevocable Trust
Hubert Wen, Trustee
P.O. Box 571595
Houston, TX  77257


Johnathon Wen Irrevocable Trust
Brenda Johnson
1516 Beall
Houston, TX  77008-3444


Jon VanNoy
10501 Applebrook Circle
Highlands Ranch, CO  80130


Joseph Z. Ornelas
2512 Alta Mira Drive
Tyler, TX  75701


JT Kendall Enterprise
13506 Summerport Village Pkwy #350
Windemere, FL  34786


Judy Trevino
159 Splitrock
Woodlands, TX  77381


Kaiser Permanente
Department 1697
Denver, CO  80271-1697

Katherine T. Lee
5164 Princeton Ave.
Cherry Hills Village, CO  80110


Keith B. & Ruth O. Thayer
6703 Burning Tree
Houston, TX  77036


Kent H. Landsberg Co.
P.O. Box 201813
Dallas, TX  75320-1813


Kimberly Hall
1887 Nature Park Drive
North Las Vegas, NV  89084


KKFN-FM
7800 E. Orchard Rd., #400
Greenwood Village, CO  80111


Kristy McPherson
1845 Carillon Park Dr.
Oviedo, FL  32765


Lester Seinfeld
920 Fawcett Ave.
Tacoma, WA  98402


Linn Family Partnership
7820 Hanger Cutoff Road
Fort Worth, TX  76135

Lorin Haube
359 Oswego Court
Aurora, CO  80010


Louis E. Krantz
10630 Sterling Manor Drive
Spring, TX  77379


Louise Ornelas
2512 Alta Mira Drive
Tyler, TX  75701


Martha Houston
2503 Lake Gardens Court
Kingwood, TX  77339


Marvin H. Green Jr.
163 Third Ave. Suite 214
New York, NY  10003


Mayers & Co.
C/O Larry M. Mayers
6697 South Reed Way, Unit C
Littleton, CO  80123


McIntosh LLC
Michael McIntosh
645 Bellaire Street
Denver, CO  80220-4934


McIntosh LLC attn Michael McIntosh
TMA Ventures LLC
5299 DTC Blvd., #1150
Greenwood Village, CO  80111

Michael L. Danforth
1814 Dewey Place
Jacksonville, FL  32207


Michael McDonald
580 Portland Street
Dartmouth, NS  B2Y 3Y7


Miguel Triay
600 Grape Tree Drive, Apt 10-CS
Key Biscayne, FL  33149


Mikaela Parmlid
4328 S. Celebration Dr.
Gold Canyon, AZ  85218


Mike Connolly
172 Cresthaven Drive
Halifax, NS  B3M 4B9


Mike Zelman
RR #1
Head Of Jaddor, NS  B0J 1P0


MIT Inc.
404 Green Shirogane 3-15-15
Shirogane, Minato-Ku
Tokyo, Japan,


MIT Inc., Attn: William Miele, President
Taito-ku, Kotobuki 2-1-3
Suzuki Bldg 4th  Floor
Tokyo  111-042,     Japan

Nancy Petry
3200 E. Quincy Ave.
Englewood, CO  80110


Navigator Business Solutions
170 S. Main St.
Pleasant Grove, UT  84062


Octagon
1751 Pinnacle Dr., #1500
McLean, VA  22102


Patrick Bains
8505 E. Temple Drive #459
Denver, CO  80237-2542


Paul Stockall
107 Johnstone Ave.
Dartmouth, NS  B2Y 2K8


Paul Stockall
701 South Seas Drive, Unit 304
Jupiter, FL  33477


Peter Green
P.O. Box HM262
Hamilton, Bermuda,      HMAX


Pinnacol Assurance
Dept 500
Denver, CO  80281-0500

Pitney Bowes Global Financial Services
P.O. Box 856460
Louisville, KY  40285


Premium Financing Specialists
P.O. Box 730055
Dallas, TX  75373


Pro Gear Holdings Co., Ltd.
1005 Eunhaeng-Dong
Joonwon-Gu
Sungham-Si, Kyungi-Do,     S. Korea


Purchase Power
P.O. Box 856042
Louisville, KY  40285-6042


Putter Partners, L.L.C.
C/O Norb Svanascini
1 S. Northwest Highway, 5th Floor
Park Ridge, IL  60068-4226


Qwest
P.O. Box 173638
Denver, CO  80217


R.E. Fredrickson
1466 Queen St.
Halifax, NS  B4J 2H7


Rachel Hetherington
3094 Shoal Creek Village Drive
Lakeland, FL  33803

```
Randal H. Woods
606 Cliffgate Lane
Castle Rock, CO  80104


Raymond Viola
113 Mound Street
Tiltonsville, OH  43963


Rebecca Morgan
1635 SW Harbor Isles Circle
Port St. Lucie, FL  34986


RFL Design, Inc.
11701 Orchard Rd.
Willow Springs, IL  60480


Richard E. Grimes
5105 Pine
Bellaire, TX  77401


Robert E. Penn III Trust
Margaret W. Penn, Trustee
7002 Pyron Way
Houston, TX  77036


Robert J. McKenzie
920 Iskana Drive
Knoxville, TN  37919


Robert Lukasiewicz
11701 Orchard Road
Willow Springs, IL  60480
```

Robert V. Ray
3100 NE 48th St., Apt 717
Fort Lauderdale, FL  33308-4948


Roger D. Maurer
5123 E. Princeton Ave.
Cherry Hills Village, CO  80110


Rosie Jones
P.O. Box 422386
Atlanta, GA  30342


Roy C. Burton
2965 Lynnhaven Drive
Virginia Beach, VA  23451


Roy L. Burton III
1409 Franklin Drive
Virginia Beach, VA  23454


Sandra Lee
1410 Castlerock
Houston, TX  77090


Sandra Lee
C/O Dennis Lee
8622 Granite Gorge Drive
Spring, TX  77379


Scott A. Cunningham
4215 South Dahlia
Englewood, CO  80110

Sean Leet
85 East Jeddore Road
Halifax County, NS   B0J 1W0


Securance Corporation Agency
P.O. Box 420390
Houston, TX  77242


Shane Warde, c/o Gel Golf
2nd Floor CAM Chung Bldg.
54 Jaffy Road
Wan Chai,     Hong Kong


Sharland B. Grimes
Grimes Credit Shelter Trust
P.O. Box 9544
Wichita Falls, TX  76308


Shawn Stoever
P.O. Box 80
Mount Berry, GA  30149


Sino Golf Manufacturing
Flat C, 21st Floor, Centro Hot Line
335 Alameda Dr.
Carlos d'Assumpcao,Macau,     China


Sino Sporting Co. Ltd
Flat C, 21st Floor, Centro Hot Line
335 Alameda Drive
Carlos D'Assumpcao,Macau,     China


Sports Life Asia
Unit B2, 5/F, Shing King Industrial Bldg
45 Kut Shing St.
Chaiwan, Hong Kong,

Susan McAniff
15691 Cherry Lynn Road
Goodyear, AZ  85338


Susan Warm Riboli
C/O Mark Harriman TTEE DTD
2700 Post Oak Blvd. Suite 1350
Houston, TX  77056


Teresa Bergevin Lucey
119 Goose Creek Drive
Washington, NC  27889


Terry L. Way
23767 Rockrose Drive
Golden, CO  80401


Tom Hayes
Hayes Development Ltd.
1546 Chestnut Street
Halifax, NS  B3H 3T1


UPS
Lockbox 577
Carol Stream, IL  60132-0577


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL  60673


UTI, United State Inc.
12050 E. 45th Ave., #400
Denver, CO  80239

Verizon Wireless
P.O. Box 9622
Mission Hills, CA  91346-9622


Veronica Wright
5000 Longmont Drive, Apt 16
Houston, TX  77056-2419


Walter A. & Gene Koelbel
4 Cherry Hills Drive
Englewood, CO  80110


Walter M. Aul
425 Canterbury Road
Virginia Beach, VA  23452


Wanda Carter Selby Deceased IRA
Robert M. Carter Exempt Lifetime Trust
7100 Santa Rita
Houston, TX  77083


Wanda Carter Selby Deceased IRA
Kim M. Potter Exempt Lifetime Trust
11 Nancy Drive
Novato, CA  94947


Wanda Carter Selby Deceased IRA
David P. Carter Exempt Lifetime Trust
251 Dillworth Lane
Langhorne, PA  19047


Wanda Carter Selby Deceased IRA
Robert M. Carter Exempt Lifetime Trust
1715 Country Squire Drive
Richmond, TX  77469

Wilfred R. Jones
3308 Park Place N
Muskogee, OK  74403


Xcel Energy
P.O. Box 9477
Minneapolis, MN  55484-9477


Yao Jie Golf
Dong Guan City Tang Xia Hong Shen Sporti
XiHu Industrial Area, Lin Cun Village
Dong Guan City,GuangDong,     523711


Yates S. Williams
210 Sierra Vista Drive
Colorado Springs, CO  80906-4343


Yates S. Williams Revocable Living Trust
210 Sierra Vista Drive
Colorado Springs, CO  80906-4343


Yes Golf Canada
All Square Golf Attn: Howard Kline, Pres
9040 Leslie St., No. 1-2
Richmond Hill, ON


Yes Golf UK And Europe LTD
Unit 8, 27a Banastre Road
Southport
Merseyside, United Kingd,     PR8 5AW


Yes! Putting LLC
7700 Cherry Creek South Drive #101
Denver, CO  80231