**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PROGEAR HOLDINGS INC. | ) | CHAPTER 7 |
|     EIN: 76-0538705, | ) | CASE NO. 10-39213 SBB |
| | ) | |
|     Debtor. | ) | |
| | ) | |

**ORDER GRANTING SHORTENED NOTICE FOR TRUSTEE'S COMBINED MOTION FOR: (1) AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE AT AUCTION FREE AND CLEAR OF LIENS; (2) EMPLOY HERITAGE GLOBAL PARTNERS, AUCTIONEER; (3) REIMBURSE AUCTIONEER FOR EXPENSES UP TO $20,000 AND APPROVE COMPENSATION FOR AUCTIONEER; (4) APPROVE AUCTION PROCEDURES; (5) AUTHORITY TO PAY CERTAIN PROCEEDS TO HOLDER OF SECURED CLAIM; AND (6) SUSPEND 14 DAY STAY UNDER FED.R.BANKR.P. 6004(h)**

THIS MATTER comes before the Court upon the Motion to Shorten the Notice Period for Trustee's Combined Motion for: (1) Authority to Sell Personal Property of the Estate at Auction Free and Clear of Liens; (2) Employ Heritage Global Partners, Auctioneer; (3) Reimburse Auctioneer for Expenses Up To $20,000 and Approve Compensation for Auctioneer; (4) Approve Auction Procedures; (5) Authority to Pay Certain Proceeds to Holder of Secured Claim; and (6) Suspend 14 Day Stay Under Fed.R.Bank.P. 6004(h) ("Sale Motion"), filed by David E. Lewis, Chapter 7 Trustee herein.  The Court, having considered such Motion to Shorten the Notice Period and good cause having been shown, hereby:

ORDERS that the Motion to Shorten the Notice Period is GRANTED pursuant to Fed.R.Bankr.P. 9006(c)(1).

IT IS FURTHER ORDERED that the notice period required pursuant to Fed.R.Bankr.P. 2002 and Local Bankruptcy Rule 2002-1 and 9013-1 to object to the Sale Motion is hereby SHORTENED to **January 7, 2011**.

IT IS FURTHER ORDERED that the three-day "order delay" period prescribed in Local Bankruptcy Rule 9013(c) is waived and Trustee is authorized to file a certificate of non-contested matter one business day following the expiration of the shortened notice period if no objections are filed to the Sale Motion (January 10, 2011).

DATED:      December 23, 2010
      _____.

BY THE COURT:

_____
The Honorable Sidney B. Brooks
United States Bankruptcy Court Judge

IT IS FURTHER ORDERED that the Trustee shall, forthwith, mail a copy of this Order to all creditors and interest and file a certificate evidencing same.