IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| PROGEAR HOLDINGS INC. | ) CHAPTER 7 |
| EIN: 76-0538705, | ) CASE NO. 10-39213 SBB |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER SETTING HEARING ON TRUSTEE'S COMBINED MOTION FOR: (1) AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE AT AUCTION FREE AND CLEAR OF LIENS; (2) EMPLOY HERITAGE GLOBAL PARTNERS, AUCTIONEER; (3) REIMBURSE AUCTIONEER FOR EXPENSES UP TO $20,000 AND APPROVE COMPENSATION FOR AUCTIONEER; (4) APPROVE AUCTION PROCEDURES; (5) AUTHORITY TO PAY CERTAIN PROCEEDS TO HOLDER OF SECURED CLAIM; AND (6) SUSPEND 14 DAY STAY UNDER FED.R.BANKR.P. 6004(h)**

THIS MATTER comes before the Court upon Motion to Set Hearing Date on Trustee's Combined Motion for: (1) Authority to Sell Personal Property of the Estate at Auction Free and Clear of Liens; (2) Employ Heritage Global Partners, Auctioneer; (3) Reimburse Auctioneer for Expenses Up To $20,000 and Approve Compensation for Auctioneer; (4) Approve Auction Procedures; (5) Authority to Pay Certain Proceeds to Holder of Secured Claim; and (6) Suspend 14 Day Stay Under Fed.R.Bankr.P. 6004(h) (the "*Sale Motion*") filed by David E. Lewis, Chapter 7 Trustee herein. The Court, having considered such motion and good cause having been shown, hereby:

ORDERS that in the event any objection or objections are filed to the Sale Motion, a final hearing on the Sale Motion has been set for **Thursday, January 13, 2011 at 11:30 a.m. in Courtroom E**, located at the United States Bankruptcy Court, 721 19th Street, Denver, Colorado 80202. Trustee shall provide notice of the scheduled hearing to all interested parties and shall file a certificate of service with the Court evidencing same prior to the scheduled hearing.

DATED:  December 28, 2010.

BY THE COURT:

*Sid Brooks*
_____
The Honorable Sidney B. Brooks
United States Bankruptcy Court Judge