**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| PROGEAR HOLDINGS INC.   ) | CHAPTER 7 |
| EIN: 76-0538705,   ) | CASE NO. 10-39213 SBB |
| ) | |
| Debtor.   ) | |
| ) | |

**ORDER SETTING HEARING ON TRUSTEE'S COMBINED MOTION FOR:
(1) AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE AT AUCTION
FREE AND CLEAR OF LIENS; (2) EMPLOY HERITAGE GLOBAL PARTNERS,
AUCTIONEER; (3) REIMBURSE AUCTIONEER FOR EXPENSES UP TO $20,000 AND
APPROVE COMPENSATION FOR AUCTIONEER; (4) APPROVE AUCTION
PROCEDURES; (5) AUTHORITY TO PAY CERTAIN PROCEEDS TO HOLDER OF
SECURED CLAIM; AND (6) SUSPEND 14 DAY STAY UNDER
FED.R.BANKR.P. 6004(h)**

THIS MATTER comes before the Court upon Motion to Set Hearing Date on Trustee's Combined Motion for: (1) Authority to Sell Personal Property of the Estate at Auction Free and Clear of Liens; (2) Employ Heritage Global Partners, Auctioneer; (3) Reimburse Auctioneer for Expenses Up To $20,000 and Approve Compensation for Auctioneer; (4) Approve Auction Procedures; (5) Authority to Pay Certain Proceeds to Holder of Secured Claim; and (6) Suspend 14 Day Stay Under Fed.R.Bankr.P. 6004(h) (the "*Sale Motion*") filed by David E. Lewis, Chapter 7 Trustee herein. The Court, having considered such motion and good cause having been shown, hereby:

ORDERS that in the event any objection or objections are filed to the Sale Motion, a final hearing on the Sale Motion has been set for **Thursday, January 13, 2011 at 11:30 a.m. in Courtroom E**, located at the United States Bankruptcy Court, 721 19th Street, Denver, Colorado 80202. Trustee shall provide notice of the scheduled hearing to all interested parties and shall file a certificate of service with the Court evidencing same prior to the scheduled hearing.

DATED: December 28, 2010.

BY THE COURT:

_____
The Honorable Sidney B. Brooks
United States Bankruptcy Court Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: ortegac           Page 1 of 1           Date Rcvd: Dec 28, 2010
Case: 10-39213                Form ID: pdf904         Total Noticed: 1

The following entities were noticed by first class mail on Dec 30, 2010.
db           +Progear Holdings Inc.,   7700 Cherry Creek South Drive,   Suite 100,   Denver, CO 80231-3237
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2010**                    **Signature:** _Joseph Speetjens_