UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
   Progear Holdings, Inc. ) Case No. 10-39213 SBB
       Debtor )
) Chapter 7

### ORDER AUTHORIZING SALE OF PROPERTY OF THE ESTATE AND EMPLOYMENT OF AUCTIONEER FOR SALE OF PROPERTY OF THE ESTATE AND AUTHORIZING PAYMENT OF AUCTIONEER'S FEES AND EXPENSES AS EXPENSES OF ADMINISTRATION

THIS MATER having come before the Court upon the Trustee's Motion dated December 20, 2010 (the "Motion") for authority to sell the 2004 Chevrolet K1500 Tahoe VIN 1GNEK13Z84J238217 (the property) and for authority to employ auctioneer to sell property of the estate and for authority to compensate auctioneer and pay certain administrative expenses and the Court having reviewed the Motion and being advised in the premises, does hereby:

ORDER that the Trustee is authorized to sell the property as described in the Motion and to employ Dickensheet and Associates, Inc. as the Auctioneer for the Estate for the purposes of auctioning the vehicle, subject to the terms of the Motion, and to pay such Auctioneer a commission of 10% of the sales proceeds of such property, and to pay Dickensheet up to $325 for advertising and costs of sale all as expenses of administration pursuant to 11 U.S.C. 503(b) without further order of the Court, provided any such fees and expenses are subject to recapture and final approval.

DATED   January 13, 2011

BY THE COURT:

*Sid Brooks*
Sidney B. Brooks,
United States Bankruptcy Judge