## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PROGEAR HOLDINGS INC. | ) | CHAPTER 7 |
|     EIN: 76-0538705, | ) | CASE NO. 10-39213 SBB |
| | ) | |
|     Debtor. | ) | |
| | ) | |

## SUBMITTAL OF REPORT OF SALE

David E. Lewis, Chapter 7 trustee ("*Trustee*") of the bankruptcy estate of Progear Holdings, Inc. ("*Debtor*"), by and through his attorneys, submits the Report of Sale of assets sold pursuant to the *Order Granting Trustee's Combined Motion for: (1) Authority to Sell Personal Property of the Estate at Auction Free and Clear of Liens; (2) Employ Heritage Global Partners, Auctioneer; (3) Reimburse Auctioneer for Expenses Up To $20,000 and Approve Compensation of the Auctioneer; (4) Approve Auction Procedures; (5) Authority to Pay Certain Proceeds to Holders of Secured Claim; and (6) Suspend 14 Day Stay Under Fed.R.Bank.P. 6004(h)* entered on January 13, 2011.

Dated: February 2, 2011.                    Respectfully submitted,

*/s/ Joli A. Lofstedt*
Joli A. Lofstedt, Chapter 7 Trustee
950 Spruce Street, Suite 1C
Louisville, CO  80027
Telephone:  (303) 661-9292
Facsimile:  (303) 661-9555
joli@crlpc.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 2nd day of February, 2011, a true and correct copy of the forgoing document entitled **SUBMITTAL OF REPORT OF SALE** and **REPORT OF SALE** were mailed, U.S. Postage prepaid, to the following:

United States Trustee
999 18th Street, Suite 1551
Denver, CO  80202

David Lewis, Trustee
1314 Main St. , Ste. 102
Louisville, CO  80027

Stuart J. Carr
2851 S. Parker Rd., Ste. 720
Aurora, CO 80014

Jan L. Hammerman
12605 E. Euclid Dr.
Centennial, CO 80111

Progear Holdings Inc.
7700 Cherry Creek South Dr., Ste. 100
Denver, CO 80231

Donald D. Allen
Markus Williams Young & Zimmermann LLC
1700 Lincoln St., Ste. 4000
Denver, CO 80203

Colorado State Bank & Trust
1600 Broadway
Denver, CO  80202-4999

Heritage Global Partners
Attn: Ross Dove
Hacienda Del Mar
12625 High Bluff Drive Suite 211
San Diego, CA  92130

Scott T. Rodgers
1700 Lincoln St., Ste. 2400
Denver, CO 80203

Dennis Trescott
7120 Saint Johns Way
University Park, FL 34201

Christopher O. Murrey
1200 17th St., Ste. 1500
Denver, CO 08202

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PROGEAR HOLDINGS INC. | ) | CHAPTER 7 |
| EIN: 76-0538705, | ) | CASE NO. 10-39213 SBB |
| | ) | |
| *Debtor*. | ) | |

## REPORT OF SALE

COMES NOW Heritage Global Partners, Inc., Auctioneer ("*HGP*"), in the above captioned proceeding and states as follows:

1.      On January 13, 2011, the Trustee in the above captioned case obtained an order from the Court authorizing the sale of substantially all of the assets (except for certain excluded assets) of the bankruptcy estate of Progear Holdings, Inc. ("*Debtor*") at public auction, and for the employment and compensation of the undersigned auctioneer (the "*Sale Order*"). The Sale Order authorized Trustee to hire HGP as the auctioneer and pay HGP a 10% buyer's premium on the gross selling price. In addition, the Sale Order authorized Trustee to pay HGP's out-of-pocket expenses related to the public auction not to exceed $20,000.

2.      Prior to the auction on or about January 5, 2011, HGP sent out a press release distributed by BusinessWire over the NATIONAL CIRCUIT which reaches thousands of newspapers, wire services, television and radio, business journals, select national media, individual reporters, and select trade media from a variety of industries. Disclosure distribution includes financial disclosure media and databases, stock markets and regulatory organizations, institutions, and financial analysts. Full-text internet posting to information and news sites, portals, search engines, content syndicates, wireless providers, and research databases is also included. According to the Businesswire report, the January 5 press release had more than 1,638 views. A copy of the press release is attached hereto as **Exhibit A**. In addition, on or about January 12, 2011, HGP through ClickMail sent out the press release to approximately 30,000 additional parties advising of the bankruptcy auction.

3.      Pursuant to the Sale Order, on Tuesday, January 18, 2011, an open auction was conducted by HGP at Debtor's business location located at 7700 Cherry Creek South Drive, Suite 101 Denver, CO 80231. The assets were sold in one lot. There were 6 bidders that qualified to participate at the public auction. Qualified bidders participated in person and by telephone. A list of qualified bidders is attached hereto as **Exhibit B**.

4.      There were approximately 25 bids made at the auction. Adams Golf, Ltd. ("*Adams Golf*") was the successful bidder at the auction with a winning bid of a purchase price of $1,500,000.00 plus the 10% Buyer's Premium in the amount of $150,000.00 and any applicable sales tax.

5.      The sale of the assets has closed.  Adams Golf has paid the $1.5M purchase price, the applicable sales tax and the buyer's premium to Trustee.

6.      Pursuant to the Sale Order, HGP is due a buyer's premium in the amount of $150,000.  HGP's expenses related to the auction total $19,452.35, including a reimbursement for telephone expenses to maintain the telephone system at the Debtor's business location.  A copy of HGP's invoice is attached hereto as **Exhibit C**.

7.      The undersigned hereby certifies that neither he nor any of his employees acquired any interest, either direct or indirect, in any of the property sold.

Dated:  February 2, 2011.                    Respectfully submitted,

Ross Dove
Heritage Global Partners, Inc
330 Hatch Dr.
Foster City, CA  94404

# EXHIBIT A

QuickTime™ and a
decompressor
are needed to see this picture.

**FOR IMMEDIATE RELEASE**          **Contact:  Stephanie Freedman**
                                             **FREEDMAN COMMUNICATIONS**
                                             **stephanie@freedmancommunications.com**
                                             **248.797.9061**

## YES! GOLF PROPRIETARY TECHNOLOGY AND ASSETS
## TO BE AUCTIONED ON JANUARY 18

*Patented C-Groove Golf Putter is Popular Internationally and*
*with Professional Touring Pros*

**January 5, 2011 – San Diego, CA –** Heritage Global Partners has been selected by the
Chapter 7 Trustee to conduct a live auction of assets of ProGear Holdings Inc., owner of
the Yes! Golf brand.  The approval of Trustee's Motion to engage Heritage Global
Partners is currently pending in the United States Bankruptcy Court for the District of
Colorado.  Following approval, the auction will be staged via live webcast and on
location on Tuesday, January 18 at 1 p.m. MST, at the Yes! Golf headquarters in
Denver, Colorado.

"The Yes! Golf auction provides an extraordinary opportunity for numerous types of
buyers – from the existing sporting goods company, which may want to integrate the
Yes! Golf brand and technology into its product mix – to perhaps an entrepreneur who
wants to take the business to the next level," said Brandon Smith, vice president of
Heritage Global Partners.

The Yes! Golf brand assets consists of intellectual property and trademarks including its
patented "C-Groove" technology, all capital assets including thousands of dollars of
inventory in the U.S., its warehouse, shop, office equipment and furniture. Company
assets also include marketing vehicles such as the company website and URL,
customer mailing lists as well as established Yes! Golf brand values.

Francis Ricci, CEO of Yes! Golf since 1998,  said that "upon filing for bankruptcy on
November 18th, several interested parties from the U.S and overseas have expressed
interest in acquiring the rights to the Yes! Brand and its proprietary technology."

Yes! Golf has been an emerging leader in the field of advanced putter design and
related technology. Well established in consumer markets throughout the world, the Yes!
Golf brand includes impressive usage records by many of the world's best professional
and amateur golfers.  Yes! Golf putters have been consistently rated by several golf
publications for high performance and value.

YES! GOLF ASSETS AUCTION p.2

Led by auction industry pioneers Ross and Kirk Dove, Heritage Global Partners is an asset advisory and auction services firm, which assists large and small companies with buying and selling of assets.  Heritage Global Partners offers asset brokerage, asset inspection, asset valuations, industrial equipment auctions, and real estate auctions among other services.

Parties interested in participating in the Yes! Golf auction must sign a non-disclosure agreement to gain access to Company documents available for review. The agreement, together with contact information and a general description of the assets can be found on the Heritage Global Partners website at www.hgpauction.com.

###

**EXHIBIT B**

***ProGear Holdings, Inc***
***Yes! Golf***
***Registered Bidders***

J.R. Southbay Golf, Inc
540 Hollister St
San Diego, CA 92024

Adams Golf
2861 E. Plano Parkway
Plano, TX 75074

Sales Quest, Inc
2562 Via Tejon
Palos Verdes Estates, CA  90274

Sports HQ Group Limited
Suites 1201-2 Tower 2
China HK City
Konloon, Hong Kong

Yes Golf Company, LLC
2101 W. Oxford Avenue
Englewood, CO 80110

Yes! Golf, Inc
7700 Cherry Creek So
Denver, CO  80293

EXHIBIT C



# Heritage Global Partners

## Asset Advisory and Auction Services

### *A Legacy since 1937*

INVOICE

330 Hatch Dr
Foster City, CA  94404
Phone 650-649-0143   Fax 866-644-6775

| | |
|---|---|
| **DATE:** | January 21, 2011 |
| **INVOICE #** | 101 |
| **FOR:** | *Yes! Golf* |

**Bill To:**
Mr. David Lewis
Chapter 7 Trustee Estate of Progear Holdings, Inc.
1314 Main Street  #102
Louisville, CO  80027
303-666-1217

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Fee for services related to the offering of Yes! Golf  per agreement | | 150,000.00 |
| *10% of the Successful Bid* | | |
| Telephone Expense Paid on Behalf of the Estate | | 872.25 |
| Out of Pocket Expenses per Attached Schedule | | 18,580.10 |
| Less:  Earnest Money Deposit Received from Adams Golf, Inc | | (25,000.00) |
| | | |
| | **TOTAL** | $          144,452.35 |

Make Checks Payable to Heritage Global Partners

**THANK YOU FOR YOUR BUSINESS!**

**Steve Gross**

Subject:                    FW: ProGear phones

**From:** Steve Gross
**Sent:** Wednesday, January 12, 2011 10:24 AM
**To:** Kirk Dove; Brandon Smith
**Subject:** RE: ProGear phones

I paid $872.25 which is the past due balance.  The account is now current with no payment due until 2/2/11.  The "Approval Code" from Integra is 04027C

SG


Steve Gross
Chief Financial Officer

Heritage Global Partners
Asset Advisory and Auction Services
A Legacy since 1937

sgross@hgpauction.com
www.hgpauction.com
650.649.0143 (P)
866.644.6775 (F)

**From:** David Lewis [mailto:david@davidlewispc.com]
**Sent:** Wednesday, January 12, 2011 1:14 PM
**To:** Brandon Smith
**Cc:** Joli Lofstedt
**Subject:** ProGear phones

Brandon:  I just spoke with Francis.  He indicates there is a shut-off notice for the phone service, threatening to shut off the phones today.  How about that?  The phone service is provided by Integra Telecom, account number is 786161.  There is a past-due balance of $359.10.  They got a call from "Suzie" whose number is 503 953-7685.  Can HGP advance funds to keep the phones going through the auction?  It seems to me this is a legitimate cost of preserving estate assets and could be recovered as part of your costs of sale.  Please let me know.

David Lewis

1



**Heritage Global Partners, Inc.**
**Yes! Golf Transaction Detail**

| Type | Date | Name | Memo | Amount |
|------|------|------|------|--------|
| Bill | 01/18/2011 | Clickmail | Marketing Campain | 12,505.00 |
| Bill | 01/21/2011 | Freedman Communications | Press Release Preperation and Distribution | 1,000.00 |
| Bill | 01/05/2011 | BusinessWire | Press Release Publication on BusinessWire | 955.00 |
| Bill | 12/26/2010 | Bruce Costello | Site Visit Travel | 872.57 |
| Bill | 01/17/2011 | Steve Gross | Auction Day Travel | 984.93 |
| Bill | 01/17/2011 | Ross Dove | Auction Day Travel | 1,023.60 |
| Bill | 01/16/2011 | Brandon Smith | Auction Day Travel | 1,239.00 |

| | | | | |
|---|---|---|---|---|
| | | Total Expenses | | 18,580.10 |
| | | Amount Allowable per Agreement | | 20,000.00 |



155 Bovet Road, Suite 310
San Mateo, CA 94402

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2011 | 104442 |

**Bill To**

Heritage Global Partners
12625 High Bluff Drive
San Diego, CA 92130

| P.O. No. | | Terms | Due Date |
|----------|--|-------|----------|
| | | Net 30 | 1/21/2011 |

| Quantity | Description | | Rate | Amount |
|----------|-------------|--|------|--------|
| 1 | Heritage Global Partner Auction Marketing Project; Yes! Golf - January 18, 2011<br>Includes in-house and rented email broadcast, banner ads on various web sites, print ads in various agencies. Google Adwords campaigns (SEA), project management and reporting;<br><br>***Payment will be applied to credit card on file on January 21, 2011*** | | 12,505.00 | 12,505.00 |

Thank you for your business - Phone (650) 653-8114 Fax (650) 288-3449

| **Total** | **$12,505.00** |
|-----------|----------------|



**Heritage Global Partners**
Asset Advisory and Auction Services
*A Legacy since 1937*

# EVENT MARKETING BUDGET

Client: ProGear Holdings Inc. dba Yes! Golf
AE: Kirk Dove
Event Date: January 18, 2011 - 1:00 pm MST
Event Type: Webcast Auction
Event Site(s): 7700 Cherry Creek South Drive, Suite 101 Denver, CO 80231
Preview Site(s): onsite

**Sale Link:** http://www.hgpauction.com/?auctionid=95

Marketing Budget: $15,505
GAS:
Description: Bulk Sale Offering of all Capital and Intangible Assets, Rights, Patents of an Innovative Golf Putter Manufacturer
Target Assets: Patents and other technology of proprietary Yes !Golf C-groove design Trademarks, Logos and Licenses of Progear and Yes! Golf

## PRINT ADVERTISING

| Publication | Frequency | Section | Size, color or b/w | Start Date | Copy Deadline | xRun | Status | Cost | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Brochures (handled by HGP) | | | | | | 1 | | | $1,000.00 | $1,000.00 |
| Press Release | | | | | | 1 | | | $2,000.00 | $2,000.00 |
| | | | | | | | Subtotal Advertising | | | $3,000.00  |
| | | | | | | | | | | 19% |

## MOBILE MARKETING

| Website | Frequency | Section | Size | Start Date | End/Duration | xRun | Status | Cost | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| SMS/Text | | | | | | 1 | | | $500.00 | $500.00 |
| | | | | | | | Subtotal Advertising | | | $500.00 |
| | | | | | | | | | | 3.22% |

## WEB BANNER ADVERTISING

| Website | Frequency | Section | Size | Start Date | End/Duration | xRun | Status | Cost | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| PGA.com | | | 728x90 | | | 1 | | | $3,000.00 | $3,000.00 |
| | | | | | | | Subtotal Advertising | | | $3,000.00 |
| | | | | | | | | | | 19% |

## EMAIL MARKETING

| List | Type | Target | | Send Date | Status | xRun | Qty | Cost | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| HGP House List | House | All lists, 1 time | | | | 1 | 23,000 | $1,400.00 | $1,400.00 |
| High Performing Rental Lists | Rental | Golf Course Industry | | | | 1 | 2,491 | $3,740.00 | $3,740.00 |
| | | Venture Capitalist Firms | | | | 1 | 5,000 | $3,865.00 | $3,865.00 |
| | | | | | | | Subtotal Advertising | | | $9,005.00 |
| | | | | | | | | | | 58% |

Grand Total                $15,505.00

BILLED TO THE ESTATE

$15,505.00
( 3,600 00 )
12,005.00

**Notes:**
Codes: D=Daily, W= Weekly, M=Monthly, M-F= Monday thru Friday Approved Date GRAND TOTAL

## Steve Gross

| | |
|---|---|
| From: | Kirk Dove [kirkdove@thehgp.com] |
| Sent: | Wednesday, January 12, 2011 10:02 AM |
| To: | Steve Gross |
| Subject: | Public Auction: Golf Putter Manufacturer |

View Online

If you would like to receive ongoing emails from Heritage Global Partners, please confirm by simply following this link or clicking any of the links below. Thank you.



### Ross & Kirk Dove, Managing Partners

## Global Webcast Auction | ProGear Holdings Inc.dba Yes! Golf



**Starting: January 18, 2011-1pm MST**
**Ending: January 18, 2011-2pm MST**
**Subject to: US Bankruptcy Court approval, Case #10-39213**

**VIEW ASSETS AND AUCTION GALLERY ▸**

**REGISTER NOW — Get signed up to Bid ▸**



**Auction Items Location:**
**7700 Cherry Creek South Dr. Suite 101**
**Denver, CO 80231**

On site preview, January 18th 9am to 1pm, or prior to January 18th by prior appointment only.

**Key Assets:**

A Bulk Sale Offering - One Lot

Patented technology of innovative Yes! Golf Putter design, various Registered Trademarks of Yes!, Yes! Golf, Yes! Golf logo, C Groove Putters, etc. Inventory of



1

apparel, training aids, components, and shafts. Capital equipment including equipment molds, office equipment, office furnishings, and more!

VIEW AUCTION GALLERY >

**All parties interested in making a bulk sale offer should contact:**

Brandon Smith
bsmith@hgpauction.com
(973) 265-4090









REGISTER NOW — Get signed up to Bid ►

This email was sent by: Heritage Global Partners
Please see auction information page for the Terms of Sale.
Hacienda Del Mar - 12625 High Bluff Drive San Diego, CA, 92130, (858) 847-0650
We respect your right to privacy - click here to view our policy.
Unsubscribe | Preferences Settings



Global Webcast Auction at:
www.hgpauction.com

California Bond #'s - 6144802, 6144815

2

**Steve Gross**

**Subject:**              FW: Progear Holdings Yes! Golf

**From:** Debra Bisaillon [mailto:debra@clickmailmarketing.com]
**Sent:** Wednesday, January 26, 2011 10:54 AM
**To:** Steve Gross
**Cc:** Golda Malimban; support
**Subject:** RE: Progear Holdings Yes! Golf

Hi Steve

Here's a screenshot:



Please let us know if you need anything else.

Best,

Debbie

**Debbie Bisaillon**
*Director of Customer Service*
**ClickMail Marketing, Inc.**
**Direct Dial: 650-653-8105**
Office: (650) 653-8055 ext. 805
Fax: (650) 288-3449
Email: debbie@clickmailmarketing.com



**From:** Steve Gross [mailto:sgross@hgpauction.com]
**Sent:** Wednesday, January 26, 2011 10:53 AM
**To:** Debra Bisaillon
**Subject:** RE: Progear Holdings Yes! Golf

1

# FREEDMAN COMMUNICATIONS
## 6323 THURBER ROAD
## BLOOMFIELD HILLS, MI 48301

**1.21.11**

**TO**
Kirk Dove
HERITAGE GLOBAL PARTNERS
Hacienda Del Mar
12625 High Bluff Drive
San Diego, CA 92130

**Professional Marketing Services**

| | |
|---|---|
| **Yes! Golf Auction Press Release** | **$1,000** |
| *January 5, 2011 Distribution* | |

| | |
|---|---|
| **TOTAL DUE** | **$1,000** |

*Payment Due Upon Receipt.  Thank you!*

STEPHANIE@FREEDMANCOMMUNICATIONS.COM
248.797.9061



Business Wire, Inc.
Phone # 415.986.4422
Taxpayer I.D.# 20-4146409
www.businesswire.com

| INVOICE NO. | DATE |
|---|---|
| 3843079 | 05-JAN-11 |

DUE FROM: HERITAGE GLOBAL PARTNERS
KIRK DOVE
12625 HIGH BLUFF DR
SAN DIEGO, CA 92130
United States

P.O. NO:

**WORD COUNT**            450

ACCOUNT NO: 2370344    HERITAGE GLOBAL PARTNERS

FOR: 2370344    Yes! Golf Proprietary Technology and Assets to Be Auctioned on January 18

```
US: Business Wire National                                   880.00
Global-Mobile-Social-Measurable Apps                          75.00
                                                 TOTAL:      955.00
```

```
Included as appropriate: NX Network - News Media & Reporters + Disclosure +
Financial Systems + SEO/EON + Search Engines & Web Sites + Trades +
Consumers + Social Media & RSS + Analytics
```

```
To view story copy, please enter the following URL into your Internet Browser:
http://www.businesswire.com/news/home/20110105005222/en
```

**All amounts shown in US Dollars**
FREEDMAN COMMUNICATIONS Stephanie Freedman, 248.797.9061 stephanie@freedmancommunications.com

**TERMS - PAYMENT DUE UPON RECEIPT**
SERVICE CAN BE SUSPENDED FOR OVERDUE ACCOUNTS. TERMS ARE PAYMENT DUE ON RECEIPT AND CHARGES BECOME OVERDUE AFTER 30 DAYS
IF THIS INVOICE IS TURNED OVER FOR COLLECTION, DEBTOR WILL BE CHARGED FOR ALL COLLECTION COSTS, COURT COSTS AND ATTORNEY'S FEES.



Remit to: Business Wire, Inc
Department 34182
P.O. Box 39000
San Francisco, CA 94139

AMOUNT ENCLOSED

U.S. DOLLARS ONLY

All amounts shown in US Dollars

HERITAGE GLOBAL PARTNERS
KIRK DOVE
12625 HIGH BLUFF DR
SAN DIEGO, CA 92130
United States

The New BusinessWire.com Individualized. Interactive.
Innovative.
Invoices must be paid in US dollars.
ELECTRONIC PAYMENT INFORMATION:
Bank Name: Wells Fargo
Acct Name: Business Wire, Inc.
Acct #: 4121551816
Routing #: 121000248
Swift Code: WFBIUS6S

23703440          38430799          20110105          000095500

# Heritage Global Partners
Asset Advisory and Auction Services
*A Legacy since 1937*

| EMPLOYEE NAME: J. Bruce Costello | | DATE: 12/26/2010 | | | LOCATION/CITY: Denver, CO | | | COMPANY: Yes! Golf | |
|---|---|---|---|---|---|---|---|---|---|
| | | **CAR EXPENSES** | | | | | | | |
| DATE | AIRFARE | MILEAGE Miles x .50 | RENTAL | GAS, TOLLS TAXI, PARK | MEALS | HOTEL | MISC. | DESCRIPTION | TOTAL CREDIT |
| 12/22/2010 | 538.70 | | | | | | | | 538.70 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| 12/23/2010 | 75.00 | | | 40.00 | | 113.70 | | | 228.70 |
| | | | | 15.30 | | | | | 15.30 |
| | | | | 89.87 | | | | | 89.87 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| SUBTOTAL | 613.70 | 0.00 | 0.00 | 145.17 | 0.00 | 113.70 | 0.00 | GRAND TOTAL | $872.57 |

## Heritage Global Partners
Asset Advisory and Auction Services
*A Legacy since 1937*

| EMPLOYEE NAME: | | DATE: | | | LOCATION/CITY: | | | COMPANY: | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Steve Gross | | Jan 17 - Jan 19, 2011 | | | Denver, CO | | | Yes! Golf | | |

| DATE | AIRFARE | CAR EXPENSES | | GAS, TOLLS, TAXI, PARK | MEALS | HOTEL | MISC. | DESCRIPTION | TOTAL CREDIT |
|---|---|---|---|---|---|---|---|---|---|
| | | MILEAGE Miles x .50 | RENTAL | | | | | | |
| 1/17/2011 | 335.40 | | | | | | | | 335.40 |
| 1/18/2011 | | | | | | 333.44 | | | 333.44 |
| 1/18/2011 | | | 217.12 | | | | | | 217.12 |
| 1/18/2011 | | | | 66.00 | | | | | 66.00 |
| 1/18/2011 | | | | | 14.94 | | | | 14.94 |
| 1/18/2011 | | | | | 3.75 | | | | 3.75 |
| 1/18/2011 | | | | | 6.79 | | | | 6.79 |
| 1/17/2011 | | | | | 7.49 | | | | 7.49 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| SUBTOTAL | 335.40 | 0.00 | 217.12 | 66.00 | 32.97 | 333.44 | 0.00 | | |
| | | | | | | | | GRAND TOTAL | $984.93 |

## TRAVEL EXPENSES SUMMARY

| DATE(S) OF INSPECTION | LOCATION | | DATE | CHARGE | TOTAL |
|---|---|---|---|---|---|
| / | | AIRFARE | | 335.40 | |
| / | | CAR | | 283.12 | |
| / | | MEALS | | 32.97 | |
| / | | HOTEL | | 333.44 | |
| / | | MISC. | | 0.00 | |
| | | TOTAL | | | $984.93 |

**Heritage Global Partners**
Asset Advisory and Auction Services
*A Legacy since 1937*

| EMPLOYEE NAME: | DATE: | LOCATION/CITY: | COMPANY: |
|---|---|---|---|
| Ross Dove | Jan 17 - Jan 19, 2011 | Denver, CO | Yes! Golf |

| DATE | AIRFARE | CAR EXPENSES MILEAGE Miles x .50 | RENTAL | GAS, TOLLS TAXI, PARK | MEALS | HOTEL | MISC. | DESCRIPTION | TOTAL CREDIT |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/2011 | 403.40 | | | | | | | | 403.40 |
| 1/18/2011 | | | | | | 450.00 | | | 450.00 |
| 1/18/2011 | | | 170.20 | | | | | | 170.20 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| SUBTOTAL | 403.40 | 0.00 | 170.20 | 0.00 | 0.00 | 450.00 | 0.00 | GRAND TOTAL | $1,023.60 |

## TRAVEL EXPENSES SUMMARY

| DATE(S) OF INSPECTION | LOCATION |
|---|---|
| / | |
| / | |
| / | |
| / | |

| | DATE | CHARGE | TOTAL |
|---|---|---|---|
| AIRFARE | | 403.40 | |
| CAR | | 170.20 | |
| MEALS | | 0.00 | |
| HOTEL | | 450.00 | |
| MISC. | | 0.00 | |
| TOTAL | | | $1,023.60 |

## December 2009 General Expenses

**Heritage Global Partners**
Asset Advisory and Auction Services
A Legacy since 1937

| EMPLOYEE NAME: Brandon Smith | DATE: 1.16.11 to 1.19.11 | Yes! Golf | | LOCATION/CITY: Denver, CO | | | COMPANY: ProGear Holdings dba Yes! Golf | |
|---|---|---|---|---|---|---|---|---|
| | | **CAR EXPENSES** | | | | | | |
| DATE | AIRFARE | MILEAGE Miles x 445 | RENTAL | GAS, TOLLS TAXI, PARK | MEALS | HOTEL | MISC. | DESCRIPTION | TOTAL CREDIT |
| | | | | | | | | | 0.00 |
| 1/16/2011 | 426.30 | | | | | | | | 637.41 |
| 1/17/2011 | | | | | 41.47 | 159.64 | 10.00 | | 159.64 |
| 1/17/2011 | | | | | | 159.64 | | | 12.00 |
| 1/17/2011 | | | | | 13.91 | | 12.00 | | 13.91 |
| 1/18/2011 | | | | | | 159.64 | | | 159.64 |
| 1/18/2011 | | | | | | | 17.22 | | 17.22 |
| 1/18/2011 | | | | | 15.87 | | 5.00 | | 20.87 |
| 1/18/2011 | | | | | | | 25.24 | refresh. For auction | 25.24 |
| 1/19/2011 | | | | | 23.27 | | 17.09 | | 40.36 |
| 1/19/2011 | | | | 63.09 | | | | | 152.71 |
| SUBTOTAL | 426.30 | 0.00 | 0.00 | 89.62 | 94.52 | 478.92 | 86.55 | GRAND TOTAL | $1,239.00 |

**TRAVEL EXPENSES SUMMARY**

| DATE(S) OF INSPECTION | LOCATION | | | DATE | CHARGE | TOTAL |
|---|---|---|---|---|---|---|
| | / | AIRFARE | | | 426.30 | |
| | / | CAR | | | 152.71 | |
| | / | MEALS | | | 94.52 | |
| | / | HOTEL | | | 478.92 | |
| | | MISC. | | | 86.55 | |
| | | TOTAL | | | $1,239.00 | |