UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| IN RE: | ) | |
|---|---|---|
| PROGEAR HOLDINGS, INC. | ) | |
| | ) | Case No. 10-39213SBB |
| | ) | Chapter 7 |
| Debtor | ) | |

REPORT OF SALE

COMES NOW Dickensheet & Associates, Inc., Auctioneer, in the above captioned proceeding and states as follows:

1. On January 13th, 2011, the Trustee in the above-captioned case obtained an order from the Court for the sale of assets at public auction, and for the employment and compensation of the undersigned auctioneer.

2. The property consigned by the Trustee was sold at public auction on February 5th, 2011 at 11:00 am, by Dickensheet & Associates, Inc., 1501 W Wesley Avenue, Denver, Colorado 80223. A list of each item sold, along with the price and the buyer, is attached. A list of registered buyers is also attached.

3. The total proceeds of $ 6,900.00 received for the property consigned by the Trustee were mailed or delivered to the Trustee on March 4th, 2011.

4. The undersigned was paid a commission of ten percent (10%) or $ 690.00 and expenses totalling $ 190.32 were incurred regarding this estate.

5. If any items consigned by the Trustee were not sold because no bids were received, the items have been returned to the Trustee or sold at a later auction date.

6. The undersigned hereby certified that neither he nor any of his employees acquired any interest, eith er direct or indirect, in any of the property sold.

DATED: March 4th, 2011

Respectfully submitted,

[signature]

Christine Dickensheet
Dickensheet & Associates, Inc.
1501 W Wesley Avenue
Denver, Colorado 80223

CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing REPORT OF SALE was delivered or mailed, postage prepaid, to the following:

David Lewis
Chapter 7 Trustee
1314 Main Street, Suite 102
Louisville, Colorado 80027

United States Trustee
District of Colorado
999 18th Street, Suite 1551
Denver, Colorado 80202

United States Bankruptcy Court
721 19th Street
Denver, Colorado 80202

DATED: March 4th, 2011

Christine Dickershaw

# Settlement Statement

Dickensheet & Associates, Inc.
1501 West Wesley Ave.
Denver, CO 80223
303-934-8322

Settlement # 3386
Auction Date: 02/05/2011

PROGEAR HOLDINGS, INC
CASE NUMBER: 10-39213SBB
MR. DAVID LEWIS, TRUSTEE
UNITED STATES BANKRUPTCY COURT

| Code | Cat# | Inv# | Bid # | Type | Description | Q | Price | Amount | Commission | With |
|---|---|---|---|---|---|---|---|---|---|---|
| | 28 | 1016 | 106 | | 2004 CHEVY TAHOE LATE TITLE | 1 | $6,900.00 | $6,900.00 | $690.00 | |

| Item | Fee | Amount |
|---|---|---|
| | MARKETING | $147.12 |
| | DUPLICATE TITLE FEE/LABOR | $43.20 |

| | |
|---|---|
| Total Sales | $6,900.00 |
| Commissions | $690.00 |
| Expenses | $190.32 |
| Net Payable | $6,019.68 |

Thank you for selecting
Dickensheet & Associates, Inc.

| Pmt | Chk# | Amount |
|---|---|---|
| Check | | $6,900.00 |

______________________________

PROGEAR HOLDINGS, INC

| | |
|---|---|
| Paid | $6,900.00 |
| Balance | ($880.32) |



nette was 60-0 during his stellar high school career in Tennessee.

*Helen H. Richardson, The Denver Post*

# CU: Burnette will get his chance

‹‹ FROM 1C

high school quarterback from Texas today: Stevie Dorman (6-4, 210) of Somerset (near San Antonio), who is a nephew of former CU quarterback Koy Detmer and of 1990 Heisman Trophy winner Ty Detmer, who played at Brigham Young.

Burnette went 60-0 (that's not a typo) with four state championships as a high school quarterback at Maryville, Tenn. He picked Middle Tennessee State after visiting Virginia, North Carolina and Buffalo "so I could stay close to home." Burnette said he enjoyed MTSU, but his situation changed while he was redshirting when the Blue Raiders switched to a spread formation that featured a dual-threat quarterback.

A conventional pocket passer, Burnette showed promise in 2009 as a redshirt freshman by completing 13-of-25 passes for 160 yards and two touchdowns as a backup, including a TD pass in the New Orleans Bowl victory over Southern Mississippi. But Burnette knew he had to find a better fit and transferred to Arizona Western (Junior) College.

"When Colorado was recruiting me they said they were going to install a pro-style offense and bring in NFL terminology, and that really got me excited," Burnette said.

Burnette threw for 6,408 yards and 68 touchdowns during his prep career, numbers that rank second in state history. He said he figured out early in his football career that leadership is one of his attributes. He found it easy to take command of the huddle.

"The best thing I can say about Brent is he knows how to win," said Tony Franklin, Burnette's quarterbacks coach at Middle Tennessee State and now offensive coordinator at Louisiana Tech. "He's a competitor. He plays with extreme confidence. He has an aura about him."

And he looks forward to learning under CU's new staff, many of whom are former NFL assistant coaches. Those include Embree, offensive coordinator Eric Bieniemy and newly hired quarterbacks coach Rip Scherer, who for the past six years was with the Carolina Panthers and Cleveland Browns.

"Can you believe the staff we have?" Burnette said. "Coach Scherer, I'm excited to have him coach me up."

Hansen said Burnette has fit right in.

"Brent is a great guy," Hansen said. "He's been throwing with us and he's looking good. He throws the ball really hard. I'm looking forward to see what he can do during spring ball."

*Tom Kensler: 303-954-1280 or tkensler@denverpost.com*

## WEATHER MIGHT DELAY SOME LETTERS OF INTENT

**BOULDER»** Because of weather problems that have affected a large portion of the country, it's possible that Colorado and other schools may not be able to release the names of their entire recruiting class today.

With many high schools remaining closed a second day, some recruits may not have access to fax machines to send in their national letters of intent (NLI).

"If kids can sign their NLIs and scan them onto their computer, we can get them to send it in that way," said Julie Manning, CU's assistant athletic director for compliance. "But there could be some problems with the weather. We've been e-mailing the NLI administrators."

Manning said CU had to reissue some NLIs because the originals "are stuck on a FedEx truck somewhere."

Colorado has not changed its scheduled 3:30 p.m. news conference today to announce the first recruiting class under new coach Jon Embree.

Few if any of CU's commitments are expected to come from the Midwest, which has been buried in snow.

Colorado State has a few players from the Midwest, including Missouri and Illinois. As well, some of the kids in Texas could have troubles getting in their letters.

"But it wouldn't surprise me if some schools around the country have to move theirs back because of these weather problems," Manning said Tuesday.

*Tom Kensler, The Denver Post*




# Auctions

**Sunday Classifieds**
**Wednesday Sports Section**

**For advertising call Robin, 303-954-1118**

AUCTION

On Behalf Of The US Marshals Service, US Bankruptcy Court & Others

**GREAT SELECTION OF VEHICLES, VACANT LAND, FIREARMS & MUCH MORE!**

**Saturday, February 5th 11:00AM**

Inspection: Saturday, February 5th 9-11:00AM

**1501 W Wesley Avenue, Denver**

**---VEHICLES/MOTOR HOME/FARM TRACTOR/TRAILER/ATV/DITCHWITCH---**

07 Ford Truck XLT, crew cab, camper shell; 05 Chevy 3500 Flatbed Truck, odometer reads 24,243; 68 Jaguar XKE 2+2, 6 cylinder; 04 BMW Z4 Coupe; 04 Ford Expedition; 04 Chevy K1500 Tahoe; 03 Chevy Silverado Truck; 02 Ford Explorer; 02 Nissan Maxima; 02 Mitsubishi Box Van Truck, diesel, FE649L; 01 Mazda Tribute; 01 GMC Yukon; 01 Ford F150 Truck; 00 Ford Expedition; 99 Ford F150 Truck; 99 Ford F150 Truck; 98 Cadillac Deville; 95 Ford F350 Truck; 93 Nissan Quest; 92 Chevy Prism; 68 Fleetwood by Eagle Motor Home, odometer 49,240 exempt, self contained; International/Farmall Tractor; 97 Tow Trailer; 04 Polaris ATV; Ditch Witch 2300 & More!

**---VACANT LAND IN COLORADO & REMAINDER INTEREST---**

12 ACRES-COUNTY ACTUAL VALUE OF $ 37,200.00 OF VACANT LAND IN PARK COUNTY

PUEBLO WEST COMMERCIAL VACANT LOT-ACTUAL VALUE BY COUNTY AT $ 22,869.00

RESIDENTIAL LOT-COUNTY ACTUAL VALUE OF $ 13,300.00 IN CONEJOS COUNTY

2.5 ACRES IN COSTILLA COUNTY ACTUAL AT $ 17,500.00

33328 PERSISTENCE AVENUE, PINE RESIDENTIAL LOT

2.5 ACRES OF VACANT LAND IN HUERFANO COUNTY

4 ACRES IN FLORISSANT, COLORADO

GRAND COUNTY VACANT LOT 5,528 SQUARE FOOT RESIDENTIAL LOT, ACTUAL VALUE BY COUNTY IS $ 6,000.00

Undivided ½ contingent future interest (subject to life estate) in 12411 County Road JJ, Manzanola, CO

**---FIREARMS---**

Smith & Wesson 386 .357 handgun

Remington 710 30-06; Winchester 1400 12 gauge; Harrington & Richardson Topper 158 12 gauge single shot; Stevens 59A 410 bolt action shotgun; Remington 514 rifle; ASFR Ankarp Mauser 8mm; Hardballer ATM automatic 45 caliber hand gun; German made .22 revolver; SAA 45 caliber with box

Bersa SA Thunder 380; Springfield XD 9 mm pistol; Ruger LCP pistol & More!

**---JEWELRY---**

Absolutely gorgeous ladies 2 CT diamond ring!

**---ENTIRE DOLL COLLECTION FROM BANKRUPTCY ESTATE---**

Danbury Mint, Cabbage Patch, Holly Hobbie, Shirley Temple, Barbie, Princess Diana, Jackie Kennedy, porcelain dolls & Others!

**---COINS/RACING ROAD BIKES/SPORTING GOODS/GUN SAFE /TOOLS/OTHER ITEMS---**

GT Zaskar LE Competition series MTB frame, custom wheels, race level components; Performance Corsa aluminum race road bike, custom wheels, Shimano Dura Ace drivetrain and brake set; Sentry 12 gun safe; Personal estate with asst coins, bills, mint sets! New snowboard, ski inventory from former retail stores; Folbot XF1 folding kayak; Golf bags/Ben Hogan, MacGregor, Ping & other clubs; Goodell, Millers Falls Tools, Stanley hand drills & More!



DICKENSHEET

Visit www.Dickensheet.com for photos. 303-934-8322

AUCTION

**COMPLETE LIQUIDATION OF EXCAVATING COMPANY**

**Saturday, February 5th - 11:00 AM**

Inspection: Friday, February 4th - 9:00 AM, and Saturday, February 5th - 9:00 AM

**1501 West Wesley Ave, Denver**

**2006 John Deere 544H Wheel Loader; 1998 John Deere 770BH Grader; 2000 Link Belt 210XL Backhoe; 2000 Link Belt 134 Spin Ace Excavator; 2006 Bobcat 331 Mini Excavator; 2006 Bobcat T190 Skid Steer; Vermeer BC1800XL Brush Chipper & More!**

**HYPERLINK: http://dickensheet.com**

DICKENSHEET

**www.Dickensheet.com • 303-934-8322**

Registration List
LARGE PUBLIC AUCTION
02/05/2011

| Bid# | Name/Company | Address | Address |
|---|---|---|---|
| 1 | MIKHAIL SIMONOVICH | 802 S VANCE STREET, UNIT F LAKEWOOD CO 80226 | LAKEWOOD CO 80226 |
| 2 | KOREY ANDREWS | 2429 CHERRY CIRCLE BRIGHTON CO 80601 | BRIGHTON CO 80601 |
| 3 | TONY DAVE TRI COUNTY PARTS & EQUIPMENT | 12750 WELD COUNTY ROAD 4 BRIGHTON CO 80603 | BRIGHTON CO 80603 |
| 4 | CHRIS HRISTOPOULOS | 4742 S WABASH ST DENVER CO 80249 | DENVER CO 80249 |
| 5 | JOHN HETZEL | 1311 SO GLENCOE ST DENVER CO 80222 | DENVER CO 80222 |
| 6 | ARLEY HUSSIN | 11750 W 76TH AVE ARVADA CO 80005 | ARVADA CO 80005 |
| 7 | JERRY GARCIA | 1970 S KNOX COURT DENVER CO 80219 | DENVER CO 80219 |
| 8 | CHERYL PARFREY | 15851 E LINVALE AVE AURORA CO 80013 | AURORA CO 80013 |
| 9 | GREGORY ODONNELL | 11773 EATON CT WESTMINSTER CO 80020 | WESTMINSTER CO 80020 |
| 10 | DENVER AUTO BROKERS LLC | 1690 W HAMILTON PL SHERIDAN CO 80110 | SHERIDAN CO 80110 |
| 11 | JACOB MOODY | 2161 S FIELD WY LAKEWOOD CO 80227 | LAKEWOOD CO 80227 |
| 12 | JOHN SMOLEN | 12023 E YALE AVE AURORA CO 80014 | AURORA CO 80014 |
| 13 | PHILIP OLSON | 14699 E 24TH AVE AURORA CO 80011 | AURORA CO 80011 |
| 14 | FELICIANO PALMA | 921 HAZEL CT DENVER CO 80204 | DENVER CO 80204 |
| 15 | ELIZABETH RITTER | 4722 S CLAY CT ENGLEWOOD CO 80110 | ENGLEWOOD CO 80110 |
| 16 | PATRICK ZOGHBY | 12542 E 105TH AVE COMMERCE CY CO 80022 | COMMERCE CY CO 80022 |
| 17 | SAUL RIVAS-ORTIZ | 7951 QUEBEC ST COMMERCE CY CO 80022 | COMMERCE CY CO 80022 |
| 18 | PATRICIA EVANS | 235 CLEVELAND CT BENNETT CO 80102 | BENNETT CO 80102 |
| 19 | JAMES DOLAN | 10145 W 25TH AVE #73 LAKEWOOD CO 80215 | LAKEWOOD CO 80215 |
| 20 | EUGENE OBRIEN | 2738 S PATTON CT DENVER CO 80236 | DENVER CO 80236 |
| 21 | DANIEL RYAN | 302 N RANCH WAY BAILEY CO 80421 | BAILEY CO 80421 |
| 22 | BRADLEY CORN | 10061 ZENOBIA CT WESTMINSTER CO 80031 | WESTMINSTER CO 80031 |
| 23 | WILLIAM BUCHHOLZ | 8682 E DOANE PL DENVER CO 80231 | DENVER CO 80231 |
| 24 | RICHARD WINNICK | 3268 W 62ND AVE DENVER CO 80221 | DENVER CO 80221 |
| 25 | ANDRE CLEMENT | 9568 LOU DR NORTHGLENN CO 80260 | NORTHGLENN CO 80260 |
| 26 | SERGIO FERNANDEZ | 2526 COUNTY RD 37 BRIGHTON CO 80603 | BRIGHTON CO 80603 |
| 27 | CLINT FLINCHPAUGH | 4599 W CEDAR AVE DENVER CO 80219 | DENVER CO 80219 |
| 28 | REED ANDERSON | 206 ARAPAHOE RD P O BOX 3198 WINTER PARK CO 80482 | WINTER PARK CO 80482 |
| 29 | PHILLIP RUD | 3282 W GIRARD AVE ENGLEWOOD CO 80110 | ENGLEWOOD CO 80110 |
| 30 | KUMARAN RAVICHANDRAN | 6500 S DAYTON ST APT C 104 CENTENNIAL CO 80111 | CENTENNIAL CO 80111 |
| 31 | BARRY L MERCER | 11714 W 85TH AV ARVADA CO 80005 | ARVADA CO 80005 |
| 32 | BENITO ABEYTA | 6051 TENNYSON ARVADA CO 8003 | ARVADA CO 8003 |
| 33 | ROBERT BYRON | PO BOX 1009 SILVERTHORNE CO 80498 | SILVERTHORNE CO 80498 |
| 34 | JOHN BYRNE BYRNE EQUIPMENT SALES | 2001 EAST HIGHWAY 40 CRAIG CO 81625 | CRAIG CO 81625 |
| 35 | ANTHONY SANCHEZ | 12255 CLAUDE CT 925 NORTHGLENN CO 80241 | NORTHGLENN CO 80241 |
| 36 | THOMAS ROGINSKI | 10932 E VASSAR DR AURORA CO 80014 | AURORA CO 80014 |

| Bid# | Name/Company | Address | Address |
|---|---|---|---|
| 37 | MIGUEL ALVAREZ | 10577 BEDFORD ST FIRESTONE CO 80504 | FIRESTONE CO 80504 |
| 38 | NATHAN JONES | 5168 S PAGOSA ST CENTENNIAL CO 80015 | CENTENNIAL CO 80015 |
| 39 | WAYNE AUGUSTIN SHOWCASE SPRINKLERS & LANDSCAPING | 9367 W ARIZONA AVE LAKEWOOD CO 80232 | LAKEWOOD CO 80232 |
| 40 | WILLIAM HANSEN | 10540 S DEER CREEK RD LITTLETON CO 80127 | LITTLETON CO 80127 |
| 41 | THOMAS MCCLIMANS | 4435 SOUTH WRIGHT ST MORRISON CO 80465 | MORRISON CO 80465 |
| 42 | CHRISTOPHER BREVER | 1915 NOME ST AURORA CO 80010 | AURORA CO 80010 |
| 43 | JAMES LAUDEL | 7130 N CORRAL RD KINGMAN AZ 86401 | KINGMAN AZ 86401 |
| 44 | DAVID BUXTON | 9144 W WARREN DR LAKEWOOD CO 80227 | LAKEWOOD CO 80227 |
| 45 | JASON HENDERSON | 3071 SOUTH HIGHWAY 191 MOAB UT 84532 | MOAB UT 84532 |
| 46 | TIMOTHY PIERCE | 1118 S JOHNSON WY LAKEWOOD CO 80232 | LAKEWOOD CO 80232 |
| 47 | RICHARD STOKER | 4057 MESA MEADOWS CT CASTLE ROCK CO 80109 | CASTLE ROCK CO 80109 |
| 48 | STANLEY EDWARDS | 12560 W 60TH AV ARVADA CO 80004 | ARVADA CO 80004 |
| 49 | SANDRA FLANSBURG | 1333 LINCOLN ST LONGMONT CO 80501 | LONGMONT CO 80501 |
| 50 | GARY NEAL ELK HORN HEATING & AIR CONDITIONING | 3065 S UMATILLA ST ENGLEWOOD CO 80110 | ENGLEWOOD CO 80110 |
| 51 | KIMBERLY WILLIS | 19187 E LEGEND AVE PARKER CO 80134 | PARKER CO 80134 |
| 52 | PAUL GUSTAFSON | 4865 RAVEN RUN BROOMFIELD CO 80023 | BROOMFIELD CO 80023 |
| 53 | ABRAM WIEBE DYKE MAQUINARIA WIEBE | KM 24 CARR. A ALVARO OBREGON CUAUHTEMOC CH | CUAUHTEMOC CH |
| 54 | RANDOLPH MILNER | 2698 S DEPEW PL LAKEWOOD CO 80227 | LAKEWOOD CO 80227 |
| 55 | LARRY RODIE | 2061 E CORNELL DENVER CO 80210 | DENVER CO 80210 |
| 56 | RICKY GILDON | 9662 TIMBER HAWK CIR 21 HIGHLND RCH CO 80126 | HIGHLND RCH CO 80126 |
| 57 | JOHN VANANNE BLADE RUNNERS, INC. | 9333 RANGEVIEW LANE LITTLETON CO 80125 | LITTLETON CO 80125 |
| 58 | DAVID BROWN | 22580 E RIDGE TRAIL DR AURORA CO 80016 | AURORA CO 80016 |
| 59 | PAUL LANGE | 4588 SUNSHINE CANYON BOULDER CO 80302 | BOULDER CO 80302 |
| 60 | MATTHEW WOLF | 16474 E ADRIATIC PL AURORA CO 80013 | AURORA CO 80013 |
| 61 | CRYSTAL T HENDREX | 1113 S OAKLAND ST AURORA CO 80012 | AURORA CO 80012 |
| 62 | BRUCE DONATO | 29315 ROAN DR EVERGREEN CO 80439 | EVERGREEN CO 80439 |
| 63 | JEFFREY FRANK | 16199 E 48TH AVE #1223 DENVER CO 80239 | DENVER CO 80239 |
| 64 | PAUL B BEHM | 29 ROLLING HILLS DR MINOT ND 58703 | MINOT ND 58703 |
| 65 | JOEY OCANA | 2448 S PERRY ST DENVER CO 80219 | DENVER CO 80219 |
| 66 | RONALD FLOYD | 1947 KENDALL ST LAKEWOOD CO 80214 | LAKEWOOD CO 80214 |
| 67 | LARRY PLILEY | 469 NEWARK ST AURORA CO 80010 | AURORA CO 80010 |
| 68 | MORGAN BUTLER | 0100 WOODY CREEK LANE WOODY CREEK CO 81656 | WOODY CREEK CO 81656 |
| 69 | GEOFFREY CULVER | 15091 E GUNNISON PL AURORA CO 80012 | AURORA CO 80012 |
| 70 | JESUS VILLELAESCALANTE | 2803 W 2ND AVE DENVER CO 80219 | DENVER CO 80219 |
| 71 | ANTHONY D SANCHEZ | 3233 E BIRCH AVE PARKER CO 80134 | PARKER CO 80134 |
| 72 | DOUGLAS GENOVA GENOVA | 500 GARRISON ST LAKEWOOD CO 80226 | LAKEWOOD CO 80226 |
| 73 | GLENN F RANSOM | 3336 W MONMOUTH AVE ENGLEWOOD CO 80110 | ENGLEWOOD CO 80110 |
| 74 | CHARLES GEUIN | 3569 SADDLE DRIVE EVERGREEN CO 80439 | EVERGREEN CO 80439 |

| Bid# | Name/Company | Address | Address |
|---|---|---|---|
| 75 | PHILLIP HUNTER | 8721 S ABERDEEN CIR HIGHLND RCH CO 80130 | HIGHLND RCH CO 80130 |
| 76 | SCOTT WALLACE | 9565 S PAINTED CANYON CIR HIGHLND RCH CO 80129 | HIGHLND RCH CO 80129 |
| 77 | EDITH IBARRADEPALMA | 921 HAZEL CT DENVER CO 80204 | DENVER CO 80204 |
| 78 | JAMES MORGAN | 370 ZANG ST #7-303 LAKEWOOD CO 80228 | LAKEWOOD CO 80228 |
| 79 | JAN KWIATKOWSKI | PO BOX 73 LINCOLN NH 03251 | LINCOLN NH 03251 |
| 80 | MIKE DALLAS | 754 OLIVE DENVER CO 80220 | DENVER CO 80220 |
| 81 | CHERYL GOLENDA | 741 JASMINE ST DENVER CO 80220 | DENVER CO 80220 |
| 82 | CHARLES MASON EQUIPMENT STOP | 2120 S PLATTE RIVER ST DENVER CO 80223 | DENVER CO 80223 |
| 83 | TRAVIS SMITH | 4955 EAST 121ST AVENUE THORNTON CO 0241R | THORNTON CO 0241R |
| 84 | JOSE M MARTINEZ | 1870 S TEJON DENVER CO 80223 | DENVER CO 80223 |
| 85 | SCOTT REGAN | 10563 W 54TH PL ARVADA CO 0002R | ARVADA CO 0002R |
| 86 | ROY DIETZ | 2487 S VICTOR ST B AURORA CO 80014 | AURORA CO 80014 |
| 87 | JOHN HIGGINBOTHAM | 13001 NIAGARA WAY THORNTON CO 80602 | THORNTON CO 80602 |
| 88 | PRESTON HASTINGS | 6330 OLD ORCHARD LANE SEDALIA CO 80135 | SEDALIA CO 80135 |
| 89 | JAMES BECK | 2676 E OTERO PLACE #13 CENTENNIAL CO 80122 | CENTENNIAL CO 80122 |
| 90 | JOEL LUSBY | 3555 ESTES ST WHEAT RIDGE CO 80033 | WHEAT RIDGE CO 80033 |
| 91 | STANISLAV STAMENKOVIC | 3354 S FLOWER ST #47 LAKEWOOD CO 80227 | LAKEWOOD CO 80227 |
| 92 | LONNIE CLARK CLARKS EQUIPMENT SALES & RENTALS INC. | 100 I-70 FRONTAGE RD BENNETT CO 80102+ | BENNETT CO 80102+ |
| 93 | ERMIN ORUC | 4775 ARGONNE ST APT H302 DENVER CO 80249 | DENVER CO 80249 |
| 94 | TIMOTHY BIRD BAPTIST BIBLE TEMPLE | 641 INDEPENDENCE ST LAKEWOOD CO 80215 | LAKEWOOD CO 80215 |
| 95 | WILLIAM BOWMAN II | 1218 WASHINGTON ST #8 DENVER CO 80203 | DENVER CO 80203 |
| 96 | ROBERT COFFEY | 5757 S QUEMOY WY CENTENNIAL CO 80015 | CENTENNIAL CO 80015 |
| 97 | F LONG EXCEL | 2419 WATERCRESS CT LONGMONT CO 80504 | LONGMONT CO 80504 |
| 98 | MICHAEL THURMAN | 6947 EDINBOROUGH DR COLO SPRGS CO 80922 | COLO SPRGS CO 80922 |
| 99 | ROMAN SHTERN | 9686 DOWNING ST THORNTON CO 80229 | THORNTON CO 80229 |
| 100 | TIMOTHY LAHEY | 5651 TORY POINTE HIGHLND RCH CO 80130 | HIGHLND RCH CO 80130 |
| 101 | DALE FOSTVEDT | 4404 S VAN GORDON WAY MORRISON CO 80465 | MORRISON CO 80465 |
| 102 | TOM AND LINDA SULLIVAN | 13887 W 59TH PL ARVADA CO 80004 | ARVADA CO 80004 |
| 103 | GERALD WOODS | 5561 S MILLER ST LITTLETON CO 80127 | LITTLETON CO 80127 |
| 104 | JAIME | 501 61ST ST SW ALBUQUERQUE NM 7121D | ALBUQUERQUE NM 7121D |
| 105 | APRIL MARQUEZ | 17552 CORNERSTONE LANE PARKER CO 80134 | PARKER CO 80134 |
| 106 | MICHAEL FREY TRI COUNTY LOGGING | 260 MAIN ST SILVER PLME CO 80476 | SILVER PLME CO 80476 |
| 107 | GARY MELLOTT | 8085 S CLAYTON CIRCLE CENTENNIAL CO 80122 | CENTENNIAL CO 80122 |
| 108 | JOSEPH CRONEN | 6984 ROXBOROUGH PARK RD LITTLETON CO 80125 | LITTLETON CO 80125 |
| 109 | DAVID SHIGLEY | 5251 YOUNGFIELD WY ARVADA CO 80002 | ARVADA CO 80002 |
| 110 | DAVID BRUNS | 9784 E 158TH PL BRIGHTON CO 80602 | BRIGHTON CO 80602 |

| Bid# | Name/Company | Address | Address |
|---|---|---|---|
| 111 | MILOS LINHART | 167 S FILLMORE AVENUE LOUISVILLE CO 80027 | LOUISVILLE CO 80027 |
| 112 | DONALD J JUGERT | 1896 S URBAN WY LAKEWOOD CO 80228 | LAKEWOOD CO 80228 |
| 113 | AMOS NISLY | 3710 PARFET ST 5 WHEAT RIDGE CO 80033 | WHEAT RIDGE CO 80033 |
| 114 | JANICE SCHUBERT | 9343 NOTTS CT LONE TREE CO 80124 | LONE TREE CO 80124 |
| 115 | RONALD WARE | 62927 HWY 40 #519 GRANBY CO 80446 | GRANBY CO 80446 |
| 116 | RYAN PECK | 12396 ELM W THORNTON CO 80241 | THORNTON CO 80241 |
| 117 | BRYAN FARR LIQUIDATIONS AND CLOSEOUTS | 3888 E 45TH AVE DOCK 19 DENVER CO 80216 | DENVER CO 80216 |
| 118 | DONALD MOORE | 8000 S KENDALL CT LITTLETON CO 80128 | LITTLETON CO 80128 |
| 119 | CLAIR BOYD | 11750 W 76 DR ARVADA CO 80005 | ARVADA CO 80005 |
| 120 | MICHAEL SULLEY SULLY & SONS | PO BOX 73 BRIGHTON CO 80601 | BRIGHTON CO 80601 |
| 121 | STEVEN HAIRE | 920 E 130TH DR THORNTON CO 80241 | THORNTON CO 80241 |
| 122 | SHEILA BOWERS | 4727 S LINCOLN ST ENGLEWOOD CO 80113 | ENGLEWOOD CO 80113 |
| 123 | RALPH ANDERSEN | 3557 W ALAMO AVE LITTLETON CO 80123 | LITTLETON CO 80123 |
| 124 | VIRGIL SCHNELLE | 8981 SOUTH CHESTNUT HILL LN HIGHLND RCH CO 80130 | HIGHLND RCH CO 80130 |
| 125 | ANTHONY JOHNSON | 74 CONESTOGA RD FRANKTOWN CO 80116 | FRANKTOWN CO 80116 |
| 126 | LARRY JONES | 9111 OGDEN ST THORNTON CO 80229 | THORNTON CO 80229 |
| 127 | DAVID CASHION D LIBERTY AUTO | 8103 E CTY RD 18 LOVELAND CO 80537 | LOVELAND CO 80537 |
| 128 | KEVIN TAME | 7070 W BELMONT DRIVE LITTLETON CO 80123 | LITTLETON CO 80123 |
| 129 | FANCISCO PALOMERA RAMOS | 670 PETERSON PL APT 315 BURLINGTON WWA 98233-2685 | BURLINGTON WWA 98233-2685 |
| 130 | MICHAEL TALLMAN | 9650 E GEDDES, #127 GREENWOOD VILLAGE CO 80155 | GREENWOOD VILLAGE CO 80155 |
| 131 | LARRY CONDE | 1713 COPPERVILLE RD CHEYENNE WY 82001 | CHEYENNE WY 82001 |
| 132 | TROY ELLIOTT | 10364 W 107TH CIRCLE WESTMINSTER CO 80021 | WESTMINSTER CO 80021 |
| 133 | MARY K SPENCE | 1225 S CLAYTON ST DENVER CO 80210 | DENVER CO 80210 |
| 134 | MILO YALE | 2538 S DOVER WY LAKEWOOD CO 80227 | LAKEWOOD CO 80227 |
| 135 | STEPHEN COLE | 1986 S OLATHE AURORA CO 80013 | AURORA CO 80013 |
| 136 | BRET FLINCHPAUGH | 2 EVERGREEN DR EVERGREEN CO 80439 | EVERGREEN CO 80439 |
| 137 | TERRY SHAUFLER RIGHT-AWAY EMERGENCY SERVICE | 5511 W MEXICO LAKEWOOD CO 80232 | LAKEWOOD CO 80232 |
| 138 | GLENDALE ADKINS | 164943 ESSEX RD SOUTH PLATTEVILLE CO 80651 | PLATTEVILLE CO 80651 |
| 139 | DAVID E OTT JR | 10910 TURNER #80 LONGMONT CO 80504 | LONGMONT CO 80504 |
| 140 | JOE GALLEGOS | 9539 JASON CT THORNTON CO 80260 | THORNTON CO 80260 |
| 141 | TODD ROL | 4791 WHIMBREL DR LITTLETON CO 80126 | LITTLETON CO 80126 |
| 142 | CHAD MILLER | 14072 W CORNELL AVE LAKEWOOD CO 80228 | LAKEWOOD CO 80228 |
| 143 | TIMOTHY DUDLEY | 7361 S WELLINGTON ST CENTENNIAL CO 80122 | CENTENNIAL CO 80122 |
| 144 | THOMAS GOLDTRAP | 11903 HILLCREST RD GOLDEN CO 80403 | GOLDEN CO 80403 |
| 145 | STEPHEN YODER | 7787 ORION ST ARVADA CO 80007 | ARVADA CO 80007 |
| 146 | ARTURO ACOSTA-CHAVEZ | 100 YEARLING CT FOUNTAIN CO 80817 | FOUNTAIN CO 80817 |
| 147 | JOSEPH EWERTZ | 4303 CO RD G WIGGINS CO 80654 | WIGGINS CO 80654 |
| 148 | AARON WOOD | 4729 S OURAY WAY AURORA CO 80015 | AURORA CO 80015 |
| 149 | ELOY CASTENADA | 1110 S UTICA ST DENVER CO 80219 | DENVER CO 80219 |
| 150 | EDWARD BEHEN | 9031 OLD TOM MORRIS CIR HIGHLND RCH CO 80129 | HIGHLND RCH CO 80129 |
| 200 | LUPE CHAVEZ ABC AUTOS BY CHAVEZ | 6640 N FEDERAL BLVD DENVER CO 80221 | DENVER CO 80221 |
| 300 | WAYNE CORBIN | 5427 W ILIFF DR LAKEWOOD CO 80227 | LAKEWOOD CO 80227 |
| 501 | PIETER SYBESMA | 4801 FAIRVIEW DR AUSTIN TX 78731 | AUSTIN TX 78731 |

| Bid# | Name/Company | Address | Address |
|---|---|---|---|
| 599 | DANIEL BERKENKOTTER BERKENKOTTER MOTORS | 12555 WCR 2 1/2 BRIGHTON CO 80603 | BRIGHTON CO 80603 |
| 1000 | MELECIO CHAVEZ | 739 W.C.R. 47 HUDSON CO 80642 | HUDSON CO 80642 |
| 1001 | BILL MARKEL BILL MARKEL INC | PO BOX 1742 DENVER CO 80211 | DENVER CO 80211 |
| 1338 | ROBERT M PERCONTI | 3814 S ACOMA ST ENGLEWOOD CO 80110 | ENGLEWOOD CO 80110 |
| 1339 | DAVID DELIN | 7502 S ELATI ST LITTLETON CO 80120 | LITTLETON CO 80120 |
| 1340 | VICTOR VALADEZ HERNANDEZ | 1950 S HAZEL COURT DENVER CO 80219 | DENVER CO 80219 |
| 1341 | NATALIE NOLL | PO BOX 704 PINE CO 80470 | PINE CO 80470 |
| 1342 | MELINDA MULLETT | 11109 MELODY DR NORTHGLENN CO 80234 | NORTHGLENN CO 80234 |
| 1343 | JOHN HENDRYX | 4822 S CEDAR RD EVERGREEN CO 80439 | EVERGREEN CO 80439 |
| 1344 | PANAGIOTA GATSIOPOULOS | 2601 ZENOBIA ST DENVER CO 80212 | DENVER CO 80212 |
| 1345 | JOHN JORGENSEN | 1674 MARSH HAWK CIR CASTLE ROCK CO 80109 | CASTLE ROCK CO 80109 |
| 1346 | MICHAEL SELLERS | 8603 W JEFFERSON AVE DENVER CO 80235 | DENVER CO 80235 |
| 1347 | SHANTEL VIGIL | 1374 S CANOSA CT DENVER CO 80219 | DENVER CO 80219 |
| 1348 | SEAN MANGUM | 2656 S EATON PLACE LAKEWOOD CO 80227 | LAKEWOOD CO 80227 |
| 1349 | KELLY KARAFFA | 9692 W COCO CIRCLE #206 LITTLETON CO 80128 | LITTLETON CO 80128 |
| 1350 | CHERYL L PEA | 11252 E VIRGINIA PL AURORA CO 80012 | AURORA CO 80012 |